# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

FILED
RICHARD W. NAGEL
CLERK OF COURT

MAY -8 2025 1: 59 P

U.S. DISTRICT COURT
SOUTHERN DISTRICT
OF OHIO-COLUMBUS

———————

CIVIL ACTION NO.: 2:25-cv-364

———————

*J. Doe,*

*Plaintiff,*

*v.*

*Bon Secours Mercy
Health, Inc.,
Roper St. Francis
Healthcare Corp., and
J. Doe #1 -
J. Doe #x,*

*Defendants.*

———————

## NOTICE

———————

The plaintiff, the undersigned, respectfully provides the following information:

1) First, we apologize for any inconvenience, however, the record reflects the complaint already reveals the party's identity.  Specifically, the party's identity appears in the first sentence of the complaint along with good cause in the second sentence.

2) The parent company responsible for compliance with the ACA (Affordable Care Act) is incorporated in Ohio and located within the boundaries of the current division.

Respectfully submitted,

C. Holmes
PO Box 187
Sullivans Island, SC 29482
843.883.3010

**Certificate of Service**

I hereby certify that defendants have not been brought into the case.  All parties required to be served have been served.

Dated ___5/2/2025___

C. Holmes
PO Box 187
Sullivans Island, SC 29482
843.883.3010

STATE OF SOUTH CAROLINA)
                            )                         VERIFICATION
COUNTY OF CHARLESTON   )

      C. Holmes, being duly sworn, says that she is the plaintiff herein, and has read the foregoing

and knows the contents thereof, that the same is true of personal knowledge or on information and

belief and to those matters believes them to be true.

                                                    C. Holmes

Subscribed and sworn to before me,

Notary Public, this __2__ day

of __May__, 202~~5~~



NOTARY PUBLIC

My commission expires: 12/22/25.

PAMELA WOOD
MY COMMISSION EXPIRES
NOTARY
PUBLIC
DECEMBER 22, 2025
SOUTH CAROLINA